# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MARY ANN PROTZ,

        Petitioner

      v.

WORKERS' COMPENSATION APPEAL
BOARD (DERRY AREA SCHOOL
DISTRICT),

        Respondents

: No. 48 WM 2017
:
:
:
:
:
:
:
:
: Bill of Costs
:
:
:
:

## ORDER

**AND NOW**, this 28th day of July 2017, In consideration of the Revised Bill of Costs, costs are taxed in favor of the Petitioner/Designated Appellant, Mary Ann Protz, against Respondent Derry Area School District limited to the amount of $772.42.

Costs calculated as follows

| | |
|---|---|
| Bill of Costs filing fee | $ 65.50 |
| Supreme Court briefs & record | $711.92 |
| Total: | $777.42 |

_____
Prothonotary